# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TORREY VON ZENON,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>YOUNG,<br><br>　　　　　Respondent. | Case No. 1:20-cv-00166-SAB-HC<br><br>ORDER DISREGARDING APPLICATION TO PROCEED IN FORMA PAUERIS AS MOOT<br><br>(ECF No. 2) |

Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2241.

On January 22, 2020, Petitioner paid the filing fee, in the amount of $5.00. Accordingly, IT IS HEREBY ORDERED THAT Petitioner's application to proceed in forma pauperis is DISREGARDED as moot.

IT IS SO ORDERED.

Dated: __**February 7, 2020**__　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE