UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TORREY VON ZENON,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>C. LEPE,<br><br>　　　　　Respondent. | No. 1:20-cv-00166-NONE-SAB-HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING RESPONDENT'S MOTION TO DISMISS, DISMISSING PETITION FOR WRIT OF HABEAS CORPUS, AND DIRECTING CLERK OF COURT TO ASSIGN DISTRICT JUDGE AND CLOSE CASE<br><br>(Doc. Nos. 12, 14) |

　　　Petitioner is proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On August 25, 2020, the magistrate judge issued findings and recommendations recommending that respondent's motion to dismiss be granted and the petition be dismissed as moot. (Doc. No. 14.) The findings and recommendations were served on petitioner and contained notice that any objections thereto were to be filed within fourteen (14) days of the date of service of the findings and recommendations. To date, petitioner has filed no objections and the time for doing so has passed.

　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court holds the findings and recommendations to be supported by the record and proper analysis.

/////

1  Accordingly:

2  1. The findings and recommendations issued on August 25, 2020 (Doc. No. 14) are
3     adopted in full;
4  2. Respondent's motion to dismiss (Doc No. 12) is granted;
5  3. The petition for writ of habeas corpus is dismissed; and
6  4. The Clerk of Court is directed to assign a district judge to this case for the purpose of
7     closing the case and then to close the case.

8  IT IS SO ORDERED.

9  Dated: __**October 8, 2020**__         _Dale A. Drozd_
10                                         UNITED STATES DISTRICT JUDGE